UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

| | |
|---|---|
| CHRIS KOHLER,<br><br>    Plaintiff,<br><br>    vs.<br><br>CGP CARLSBAD HOLDINGS, LLC, et al,<br><br>    Defendants. | Case No. 3:10-cv-00365 IEG (RBB)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL [Doc. No. 34]** |

    Having read the foregoing Joint Motion, and GOOD CAUSE appearing therefore, the Court **GRANTS** the Joint Motion and **DISMISSES WITH PREJUDICE** the above-captioned action as to Defendant TOMMY HILFIGER RETAIL, LLC dba TOMMY HILFIGER #54.

    **IT IS SO ORDERED.**

Dated: **April 15, 2010**

_____
IRMA E. GONZALEZ, Chief Judge
United States District Court